

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2021

No. 04-19-00716-CV

**THE STATE OF TEXAS** ex. rel. Todd A. Durden, In His Official Capacity as County
Attorney,
Appellant

v.

James T. 'Tully' **SHAHAN**, In His Official Capacities as County Judge, Mark Frerich, In His
Official Capacity as County Commissioner, Joe Montalvo, In His Official Capacity as County
Commissioner, Dennis Dodson, In His Official Capacity as County Commissioner, Tim Ward, In
His Official Capacity as County Commissioner, Kinney County Commissioners Court and
Kinney County,
Appellee

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4866
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant filed a reply brief on December 15, 2020.  On December 29, 2020, Appellees
filed a motion for leave to file a sur-reply brief and the sur-reply brief.  *See* TEX. R. APP. P. 38.3,
38.6(c).

Appellees' motion is GRANTED.  Appellees' sur-reply brief is deemed timely filed.

It is so **ORDERED** January 15, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT